UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

DOUGLAS E. KAMPFER,

       vs.

                                          6:08-CV-708

WENDY REU, et al.                        (DNH/GJD)

_____

DOUGLAS E. KAMPFER, *Pro Se* Plaintiff
GERARD V. HECKLER, ESQ., Attorney for Defendant Ronald Kelly

## ORDER

     Presently before the court is a request by Attorney Gerard V. Heckler to extend

the time for Defendant Ronald Kelly to answer or move against the complaint filed

by the *pro se* plaintiff.  This court granted a limited extension of time to Defendant

Kelly until the court could review the objections to the request for extension.  Those

written objections by Plaintiff Kampfer have now been received.

     The court notes that Attorney Heckler timely requested an extension prior to

the deadline for answering since Defendant Kelly was served with process on July 7,

2008.  Attorney Heckler explained that he is not enrolled in the Electronic Filing

system, which is mandated by this court's Local Rules.  The court notes that this case

has recently been filed, and this is the first request for an extension of time by

Defendant Ronald Kelly.

     *Pro se* Plaintiff Kampfer argues that Attorney Heckler would be receiving

"special privileges against [a] pro se litigant . . ."  He further argues that Attorney

Heckler did not follow the Local Rules for motion practice.  Those objections are overruled since the extension of time is to the ***defendant*** and not to his retained attorney.  In addition, our local practice in the Northern District of New York allows for "letter motions" for ***non-complex matters*** such as requesting an extension of time to answer a complaint.  Thus, his letter-motion was proper.

This case is in the very beginning stages, and there will be ***no*** prejudice to the plaintiff simply because a defendant was given additional time to answer or move against the complaint.  This is especially true since there are may be jurisdictional issues raised by Defendant Kelly.

**WHEREFORE,** it is hereby

**ORDERED,** that the request for an extension of time to answer by Attorney Gerard V. Heckler on behalf of Defendant Ronald Kelly is hereby **GRANTED**. Attorney Heckler must file Defendant Kelly's response on or before August 27, 2008.

Date: July 31, 2008

_____

Hon. Gustave J. DiBianco
U.S. Magistrate Judge

2