UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~

DOUGLAS E. KAMPFER,

                              Plaintiff,

      vs                                      6:08-CV-708

WENDY REU, Clerk for the Village of Northville, (Individual Capacity); RONALD KELLY, Owner of Lakeview Orchards; and LISA WOOD, Owner and Operator of Timeless Tavern,

                              Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:                                   OF COUNSEL:

DOUGLAS E. KAMPFER
Plaintiff, Pro Se
142 Kunkel Point Road
P.O. Box 747
Mayfield, NY 12117

MURPHY BURNS, BARBER & MURPHY, LLP    THOMAS K. MURPHY, ESQ.
Attorneys for Defendants Wendy Reu
226 Great Oaks Boulevard
Albany, NY 12203

GERARD V. HECKLER, ESQ.
Attorney for Defendant Ronald Kelly
8 South William Street
Johnstown, NY 12905

THE CAMBS LAW FIRM, LLP                     PETER J. CAMBS, SR., ESQ.
Attorneys for Defendant Lisa Wood
Suite 100
5701 West Genesee Street
Camillus, NY 1302107200

DAVID N. HURD
United States District Judge

# **O R D E R**

Defendants Ronald Kelly and Lisa Wood have moved to dismiss the plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6). (Docket Nos. 17 and 19). Plaintiff has opposed (Docket No. 18), and has requested leave to file an amended complaint (Exhibit B).

In view of the plaintiff's *pro se* status it is

ORDERED, that

1. Plaintiff's request to file an amended complaint is GRANTED, and Exhibit B shall be docketed by the Clerk;

2. Defendants' motions are DENIED without prejudice; and

3. The three defendants shall answer and/or move with respect to the amended complaint on or before December 5, 2008.

IT IS SO ORDERED.

Dated:   November 24, 2008
         Utica, New York.

_____
United States District Judge